UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JERALD BETHEN,

                              Plaintiff,

            -against-

OTIS BANTUM CORRECTIONAL
FACILITY, ET AL.,

                              Defendants.

24-cv-9658 (LTS)

CIVIL JUDGMENT

For the reasons stated in the February 19, 2025, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

Dated:    February 21, 2025
          New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge